UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Matthew Greenwood</u>

        v.                Civil No. 11-cv-1-JD

<u>Paul Sylvester, et al.</u>


<u>O R D E R</u>

On January 19, 2012, the Court was advised by the New Hampshire Superior Court Center, that in reference to the Medical Screening Panel Proceedings in this case, Defendant's Motion to Dismiss Panel Proceedings was granted on January 9, 2012. Pursuant to Defendant Sylvester's motion to stay this case pending the panel process, a discovery plan is to be submitted within 30 days of the final disposition of the state panel process. It is, therefore, ordered that the parties shall confer and file a proposed discovery plan on or before February 8, 2012.

      SO ORDERED.


January 23, 2012                      */s/ Joseph A. Diclerico, Jr.*
                                             Joseph A. DiClerico, Jr.
                                             United States District Judge


cc:    Michael J. Sheehan, Esq.
        Kenneth C. Bartholomew, Esq.
        Corey M. Belobrow, Esq.